UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMIE NOAH,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHNSON & JOHNSON; DEPUY ORTHOPAEDICS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC.; DEPUY, INC.; JOHNSON & JOHNSON SERVICES INC.; and JOHNSON & JOHNSON INTERNATIONAL,<br><br>*Defendants.* | Case No. 3:25-cv-13525-RK-RLS<br><br>[~~PROPOSED~~] ORDER |

This matter comes before the Court on the parties Second Stipulation to Extend Time for Defendants to File a Responsive Pleading to Plaintiff's Complaint. The parties stipulated request is GRANTED and Defendants may have an extension of thirty (30) days from September 22, 2025 to file an answer or otherwise respond to Plaintiff's Complaint. Defendants must file an answer or otherwise respond to Plaintiff's Complaint on or before October 22, 2025.

**IT IS SO ORDERED.**

Date: September 23, 2025

_____
HONORABLE RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE